UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT



FILED
2016 JAN 20  P 12: 47
US DISTRICT COURT
HARTFORD CT

WARNING: You cannot use this form to ask the Court to release you from prison, to shorten your sentence, or to give you back good time credits that were taken away. If that is what you want, you must use the forms for a writ of habeas corpus.

CASE NO. 3:16cv88JAM

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

Kevin M. Lindsay #92883

McDougall/Walker CI

1153 East Street South

Suffield, CT. 06080

vs.

DEFENDANT(S) [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

Omprakash Pillai MD

Doctor, UCONN Health Center

Correctional, Manager Health Care

McDougall/Walker CI

1153 East Street South

Suffield, CT. 06080

Rev. 10/14/09

Complete every section and **SIGN THE LAST PAGE**. The Court cannot give you legal advice, so if you need help, you should call Inmate Legal Assistance at 1-800-301-ILAP (4527). It is a good idea to ask ILAP to review your complaint before you send it to the Court, to make sure that your allegations describe the kind of claim that you can make in federal court and minimize the risk that your case will be dismissed for failure to state a good legal claim.

### A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check **one**.

I can bring my complaint in federal court because I am suing:

1. ____✓____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

### B. PLAINTIFF(S) (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1. First Plaintiff
    a. Full Name: **Kevin M. Lindsay**
    b. Inmate Number: **92883**
    c. Correctional facility: **McDougall/Walker CI**
    d. State of citizenship: **UNITED STATES**

2. Second Plaintiff
    a. Full Name:
    b. Inmate Number:
    c. Correctional facility:
    d. State of citizenship:

Rev. 10/14/09

2

C.  **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six people, attach additional pages. **Provide items 1, 2, and 3 for each additional defendant.**

1. First Defendant
   a. Full Name: **Omprakash Pillai**
   b. Rank or Title: **Medical Doctor**
   c. Workplace: **McDougall/Walker CI**

2. Second Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

3. Third Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

4. Fourth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

5. Fifth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

6. Sixth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

D.  **PREVIOUS LAWSUITS**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages. **Provide items 1-8 for each case.**

1. <u>First Lawsuit</u>

    a.  Court and Date filed: **Hartford Superior Court**

    b.  Caption and Docket No.: **Lindsay V. Murphy, HHD-CV-13-5037506-S**

    c.  Briefly, what was this lawsuit about?
    **Suit for damages from fall which caused the injuries Dr. PILLAI refuse to treat.**

    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

    **suit is in progress.**

2. <u>Second Lawsuit</u>

    a.  Court and Date filed:

    b.  Caption and Docket No.:

    c.  Briefly, what was this lawsuit about?

    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3. <u>Third Lawsuit</u>

    a.  Court and Date filed:

    b.  Caption and Docket No.:

    c.  Briefly, what was this lawsuit about?

    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

E.  OTHER LAWSUITS

Tell the Court if any plaintiff has filed other federal lawsuits in this court within the past ten (10) years. If you need more space, attach additional pages. **Provide items a-d for each case.**

1. First Lawsuit — *None*
    a. Court and Date filed:
    b. Caption and Docket No.:
    c. Briefly, what was this lawsuit about?

    d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

2. Second Lawsuit
    a. Court and Date filed:
    b. Caption and Docket No.:
    c. Briefly, what was this lawsuit about?

    d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3. Third Lawsuit
    a. Court and Date filed:
    b. Caption and Docket No.:
    c. Briefly, what was this lawsuit about?

    d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

Statement of Case.

1. On August 26,2012,I was attending a family visit in the visiting room.
upon comletion of the visit,I attempted to get up from my chair the chair was taken from one of the rooms used for special/ attorney visit's,the officer on duty got the chair because the visiting room was full,having a walker they have designated area for disable people to sit so that it's easier for them and their families.as I stated,I attempted to get up from the chair and both legs on the chair gave way and I hit the floor, injuring my right hip,lower back,and neck.

2. After falling,I received no help from any Corrections officer who was present.Instead,two inmate's helped me to my feet and gave me the walker I used to be able to get around,the walker I use is because of a left knee,before I came in to DOC,I was awaiting a knee replacement,that has not been done,"YES"I am on disability.

3. Prior to August 26,2012,I am in need of a knee repair,at times or if a slight bump of anything,it will go dead on me and I will fall.

4. After I said good-by to my visitor,I was told to proceed to the area where inmate's are search after a visit.Once there,I was asked by an officer what had happen and whether I was okay,at that time,I was in alot of pain,but I thought I could walk,and I didn't want to worry my family so that there drive home would be safe.

5. When I attempted to leave the search area and try to walk.I discover I was wrong,I could hardly move,as I try to make my waythe pain continue to get worst,in the main hallway I felt pain throughtout my whole body down to my feet.

6. In the main hallway,I spoke to the office on duty and ask permission to go to Medical,I was told"NO"and ordered me to return to my housing unit for count.

1 of 8

7. It took me about 20-30 minutes to get haft-way down the hallway to H-unit, a distance of about 1/4 of a mile. The pain was so bad I could no longer walk, I leaned on the wall and held on to my walker.

8. My absence from the housing unit was noticed when the afternoon count was done. Someone told officer Briso, who was on duly in H-unit, that I was in the hallway. He came out to find me, When I explained what had happened, he told me to take my time.

9. When I reached the housing unit, I asked officer Briso if I could go to medical. He stated that he could not make that call, but would notify the lieutenant of the situation when the LT made his rounds.

10. At around 4:15-4:30 pm, during evening meal, a lieutenant came to the unit and came to my cell to speak to me. After I described the fall in the visiting room, the LT asked why the first shift did not send me to medical, I described my pain and the difficalty walking and my interactions with the staff on duty at the time. The LT told me the only thing I could do is fill out a request form to be seen by medical at sick call.

11. I filed out a sick call request on the evening of August 26, 2012.

12. On August 27, 2012, I could not move at all. When I requested to be taken to medical, I was told that the problem should have been handled on the previous day. When I informed officer Briso that nothing was being done, he stated that "his hands were tied.

13. On August 29, 2012, at about 8pm, officer Briso came to my cell and told me Medical wanted to see me. It took me about haft an hour to walk to medical (about 1/4 mile). When I arrived, I was told I was only there to receive some prescribed medications.

14. I refused to leave Medical unless I was seen for my injuries and condition.Registered Nurse Mike asked me what the problem was? After I described the fall and my pain condition,he and another nurse (The one in charges) helped me in sided medical unit,placed me in a wheelchair,took a look at my back,and called the doctor who was on call.

15. Because there was not a bed available in Medical,it was decided that I would be transported back to H-unit by wheelchair and I was placed on the doctor's list to be seen the next day, and that someone would pick me up by wheelchair,that did not happen,and if I was to be seen I had to get there on my owe, because there was no order maded by any one.

16. On August 30,2012,I was seen by Dr.Pillai,x-rays were taken and I was prescribed "TYLENOL III and a muscle relaxer for three days.After the three days,I again requested to be seen by the dotor,the pain had worsen,I was having problems using the bathroom,getting in and out of my cloths,even getting out of bed with out the help of my cellie,again I was seen and placed on regular tylenol,and was told the ex-rays was normal.

17.On September 7,2012,I requested to see the doctor again,things was not getting better,and the pain was at the point I couldn't even sleep.

18. On October 11,2012,I requested a follow-up to see the doctor, Dr.Pillai,order another set of ex-rays,at that point he wanted to give a shot in my back,but realize that I could not take it do to medical reaction,I have allergy,I brake out in hives,so he placed me on 25mg of "ELAVIL ".

19.Again that did not work,I again wrote a request to medical sick call,,I was given appointment for October 21,2012. On October I was seen by Dr.Pillai,he told me there was nothing wrong,I ask why not seen me out for a MRI,his responce was the ex-rays are normal,and I just had an MRI done,I try to explain to him the MRI I had was for my knee back in July 2012,I got hurt in August 2012.

20. On October 8,2012,I filed my first "Inmate's Administrative Remedy Form,their responce was,they reviewed my medical records and it showed I was sen at sick call on 8/29/2012 for lower back pain after I complaint of a fall I took on Auguest 26,2012, MD follow-up was on 8/30/2012,at that point ex-rays were done,also I was given meditcation for pain(CODEINE.(PHOS/acetaminophen). ON October 21,2012,they referred me back to MD appointment.

21. On November 12,2012,all meditcation for pain had ended,at that point I couldn't even get out of bed with out the help of the top bed rail from the top bunk,I again wrote a request to Medical,I was called to sick-call,they told me there was nothing they can do that the doctor has already done,and sent me back to my housing unit.

22. On November 14,2012,I wrote a request to Medical on a follow-up,because that morning of 11/14/2012,I got up that morning between the hours of 2-3am,it was very hard to get out of bed,I had hurt my back two months ago,I've been asking to see the doctor,a knot came up in the middle of my back on my spine,and it made it hard to move,I wrote for help,and I was not being seen.I was told by Medical Im was removed from the doctor's list.nurse Michell at sick call replace me back on the list for 11/19/2012.

23. On December 8,2012,I still complain of pain,sick call forward me back to Dr.Pillai for follow-up,again was told he couldn't find anything in the ex-rays,and an MRI was no needed.

24. On December 10,2012,I had a follow-up with Kevin(McCrystal PA.)HE"S MOSTLY IN CHARGES OF MEDITCATION ORDERS!and does a six month evaluation every six month,I explain to him the pain I was having all day,he asked what did Dr.Pillai said,I told him,he said there was nothing wrong,and he increase my elavil from 25mg to 50mg.

25. On December 25,2012,I again wrote a inmate's administrative remedy form,I explain to them that the doctor refuse to send me put for a MRI,HE CLAIMED THAT I just had one done,and there was no need to go for another,I try to explain to him that the "EKG"I took was for my left knee,I have a bullet lodge in my left caft,it on a nerve and I was having lost of feeling in my left leg,this why I use a walker,a review of my medical records will show that.

26. From 2012-2015 I've had several sick call visits,prescribed Tylenol's and Flexcial for pain,I was seen by a physician on December 17,2012,ex-rays wetre ordered and done,they again referred me back to MD appointment for follow-up.

27. I received a repy on January 2,2013,which stated that no further treatment would be provided and that I had exhausted my Administrative Remedies.

28. From January 2013-November 2014,I continue to request help from Medical,I continue to suffer every day and night,at most I got maybe one hour sleep a day,T have continue to lost feeling in my legs and pain in my neck and back,and fingers all the way down to my toes.

29. Every month I requested to be see Dr.Pillai,and again all I was told was that there wasn't nothing wrong,I also asked him about the ex-ray's,I didn't feel I had broken bones,but the pain I was having was getting to the point I cry,but again I was getting no treatment.

30. On Feberary 7,2014,I had appointment to see Kevin McCrystal pa.on that day he again asked if I when for an MRI? I told him "NO".I also told him I could no longer lay on my right side,I try to lay on my left side but because of my left knee,I explain to him I use my pillow to sypport my back even when I sit in a chair,so on request he gave me an extra blanket,and referred me back to MD appointment.

31. On March 31,2014,I had an appointment with Dr.Pillai,I told him the pain has not let up,the only thing that was done was he reordered the Tylenol for 90 days.

32. On April 24,2014,I again informed Medical I was having a OF PAIN,I was re-shcedule an appointment for back pains.

33. On May 16,2014,I was sent back to sick call,some how I was not schedule to see the doctor,so they referred me back to Dr.Pillai.

34. On August 15,2014,he sent me to have more ex-rays done of my spine.

After so many visits to Medical,and nothing was getting done,I tried to live with the pain,I was told by Dr.Pillai that it was in my head,and all my ex-rays are normal.

35. On October 21,2014,I was told ,I was already on 75mg of evail, and I was placed back on the list to be "EVALUATED".

36. On November 19,2014 at 11am,that is when everything went wrong,I was preparing for lunch,I was walking out the cell and FOR SOME REASON I couldn't stand straight up,I made my way to the officer in the unit,I told him I was not feeling good I was in pain,and I was going back to the cell,his responce was okay.

37. On November 19,2014,as I intered my cell at 11am,I got between the cell and the tolet,and lost all movement from waist down,the unit CTO walked by my cell while doing his rounds and notice I was just standing there,he ask if I was okay,I couldn't even talk,so he continue to make his rounds,for some unknow reason he knew something was wrong and came back to my cell,at that point he informed the unit officer to call Medical.

38. Medical arrived at about 11:30am with a wheelchair,found me standing in door way of my cell,unable to move,do to my back, so with the help of three nurse and two inmates they was able to put me in the chair.

39. As I enter Medical, I try to explain to them I been having this problem for two years now, I laso told them I had previuos episodes, lost of feeling down both of my legs, once I got to Medical I was given "TYLENLO III/flexenal, they could not get me on the table so they place me in a recliner chair for support.

40. I was kept in Medical until the meds started to work, from 11:30 am to 1pm and was able to walk with the help of my walker.

41. I waited months for Medical to call me, never happen, not until February 6, 2015, did I get called to Medical, I thought maybe they had got around to me, I was offen told to be patient. AND I "QUOTE" Mr.Lindsay your not the only inmate here that the doctor has to see, I understood that.

42. On February 6, 2015, I went to see Kevin McCrystal PA. He had asked me if I had seen Dr.Pillai for my chronic pain, I was no longer able to stand up with out bending over, or able to get on the examination table, again he place a reorder of tylenol for six month, I explain to him I was now concern with this chronic pain, I even had problem using the restroom, at that point he informed me this was all part of my back problem.

43. On February 6, 2015, I was again asked what had happen to me to put me in this situation, I explain the fall in the visiting room, and I had this pain every since.
   I was then told I was placed on the list to see the "ORTHOPEDICS, and he wanted me to take more x-rays of my lower back and spine.

44. On May 28, 2015 nurse Green came in to L-unit, I told her I was having all this pain, and that I felt nothing was being done for me, I explain it an unresolved Medical issue, my back, right hip, because of the fall I took, I was then told by her to seek exercise program from the recreation director to increase my mobility, a follow-up with sick call was to be made, I tried that and had to stop because of the pain.

45. On July 6,2015 I was again seen be Kevin McCrystal PA.I decline suggestion of more neurontin to control the pain,I needed to find out what was going on with my body,and why Dr.Pillai refuse to send me out for an MRI,even after all the appointment I had.

46. On July 23,2015 I was called to Medical for the doctor,my now appointment is with Dr.LaFrance,I explain to her all the pain I was having,at that point she didn't know to much about my case,I also explain to her I had them take me off the elavil because of the side effect,oxcodeine 5mg for a short time,my next visit was a month later,on August 2,2015,I went back to see her,she understood it was not the drugs I wanted,and that was change to a muscle relaxer,and that could only be given for two weeks,so I was placed on a lighter    ,at that time in September 2,2015 she saw me again,at that point she knew I needed to have an MRI done,and place the order.

47. On October of 2015 I was sent to UCONN Medical Hospital to have an MRI done.

48. On November 6,2015 I was told I have 7 disc problems,three in my neck .fore in my lower back.T his all happen on a return visit to Medical to see Dr.LaFrance.at that point she schedule me for (3)three shots to be done in my spain to help me walk,and a follow-up will be to the "ORTHOPEDICS".

49. On December 31,2015,I had my first shot,and that is where I am today.

RESPECTFULLY

*Kevin Lindsay* (signature)

Kevin M.Lindsay

F.  REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

I ask the court for the sum of "TWO MILLION DOLLORS"($2,000,000)

For pain and suffering, and for misdiagnose of injuries and

treatment. I have (7) dislocated disc, three in my neck, fore in my back, due to fall, Dr. Pillai, refuse me an MRI for the pass 3 years.

G.  Do you wish a jury trial?   YES ✓    NO ___

H.  DECLARATION UNDER PENALTY OF PERJURY


Warning: **You must sign this** or your complaint will not be filed.


By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.  I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at _MacDougall/Walker C.I._ on _Jan. 10 2016_
             (Location)                    (Date)


If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**


Rev. 10/14/09                           9

FAILURE TO ADMINISTER ADEQUATE MEDICAL REMEDY.

The Defendant,Dr.Omprakash Pillai,exercised deliberate indifference to plaintiff health by failing to provide adequate medical care to him following the acciented,constitutes deliberate indifference to trhe plaintiff's serious medical needs in violation of the Eight Amendment to the United States Constitution.

Defendant,Dr.Pillai intentionally did not administer or order an MRI for the plaintiff neck,and right hip after the plaintiff suffered more painful inconers(lost of movement from waist down,November 19,2014).

Defendant refused to administer a follow-up on the injuries the plaintiff requested for a follow-up care on many ocassion, instead the defendant,Dr.Pillai,mocked the plaintiff and said there was nothing wrong and refused treatment,as of this time the plaintiff just came to find out that now after 3 years he has (7) dislocated disc, three (3) in his neck,and FOUR (4) in his lower back and right hip.

Wherefore.plaintiff prays for judgement in his favor and damages in his favor against the defendant in the mount sufficient for his pain and mental anguish suffered by him due to the deliberate and intentional misconduct of the defendant, but in no event no less then $300,000,toghter with any court fee's,and such additional relief as the court may deem just and proper.

RESPECTFULLY SUBMITTED

DATE Jan 10, 2016

_____
Name Plaintiff